**SHA-1 Hash:** 59448198C43090645093E37289900D8EBB4D4D04     **Title**   Veronica Wet Orgasm
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.65.144.170 | 12/13/2011 22:33 | San Diego | CA | Cox Communications | BitTorrent |
| 2 | 174.68.96.250 | 12/23/2011 7:49 | Oceanside | CA | Cox Communications | BitTorrent |
| 3 | 68.6.184.123 | 12/15/2011 15:17 | San Diego | CA | Cox Communications | BitTorrent |
| 4 | 72.197.13.190 | 1/2/2012 20:54 | Oceanside | CA | Cox Communications | BitTorrent |
| 5 | 72.197.189.26 | 12/17/2011 21:01 | Poway | CA | Cox Communications | BitTorrent |
| 6 | 72.199.1.236 | 12/28/2011 7:54 | Chula Vista | CA | Cox Communications | BitTorrent |
| 7 | 72.199.115.213 | 12/10/2011 1:03 | San Diego | CA | Cox Communications | BitTorrent |
| 8 | 72.199.47.201 | 12/22/2011 8:57 | Chula Vista | CA | Cox Communications | BitTorrent |
| 9 | 72.207.36.92 | 1/9/2012 0:03 | San Diego | CA | Cox Communications | BitTorrent |
| 10 | 72.207.98.232 | 11/30/2011 16:34 | San Diego | CA | Cox Communications | BitTorrent |
| 11 | 72.220.88.167 | 12/2/2011 23:28 | San Marcos | CA | Cox Communications | BitTorrent |
| 12 | 108.10.241.105 | 11/27/2011 1:35 | La Quinta | CA | Verizon Internet Services | BitTorrent |
| 13 | 98.119.108.74 | 12/19/2011 16:38 | Apple Valley | CA | Verizon Internet Services | BitTorrent |

EXHIBIT A

SCA6